UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Michael J. Clauso
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

African American Rookie Corr. Off/Midstate Corr. Fac. Driver
Caucasian Senior Off/Midstate Corr. Fac.
Sgt. Clemens Garden State Youth Corr. Fac./Recieving officer
Dr. Myd (Russian) -Mid-/ first to treat plaintiff.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Michael J. Clauso
Street Address: 880700-B
County, City: Northern State Prison
State & Zip Code: P.O. Box 2300
Telephone Number: Newark, N.J. 07114

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name *African American Rookie Driver*
Street Address *Midstate Corr. Fac.*
County, City *PO Box 866*
State & Zip Code *Wrightstown, N.J. 08562*

Defendant No. 2
Name *Caucasian Senior Off. Partner*
Street Address *Midstate Corr. Fac.*
County, City *PO Box 866*
State & Zip Code *Wrightstown, N.J. 08562*

Defendant No. 3
Name *Sgt. Clemens / Recieving Officer*
Street Address *Gardenstate Youth Corr. Fac.*
County, City
State & Zip Code *Yardvill, N.J.*

Defendant No. 4
Name *Dr. Mya/Mid (Russian)*
Street Address *Gardenstate Youth Corr. Fac.*
County, City
State & Zip Code *Yardvill, N.J.*

II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[ ] Federal Questions        [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? In the back of N.J. D.O.C. Transport Van, (Dog Cage) they are reffered to. (New Jersey Department of Corrections).

B. What date and approximate time did the events giving rise to your claim(s) occur? Monday August 6th, 2018 @ 16:45 (4:45) pM, Another Motorist called 911 @ App. this time, complaining of this driver.

C. Facts: I was an inmate being transported in the back of a N.J.D.O.C. vehicle, handcuffed with black box (restricts hand movement) chained around the waist/with leg shackeled. Bench's are side seating like tubes, like width is like 20", length is like 7'. At this point your helpless! And these Officers put our lives at risk constantly. This African American Driver, who was a "rookie", was Driving wrecklessly at the direction of the Caucasian senior officer, during rush hour traffic. This is a very heavey traffic Area at this time of Day, you have the U.S. Army, Navey, & Air Force Bases here in that Area. So coming Around a bend, into like a little hill, he's got to slam on the breaks. I fell over hit my head on the edge of a plexiglass partition, when I hit the ground of the dirty Van my head & neck was at a very Akward Angle, I felt a sharp pain in the Area of my spine/shoulder blade. Sgt. Clemens refused to take me to St. Francis, I bleed from the wound in/on my head for like 16 hrs.

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

-3-

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had staples put in my head, x-rays (x2 views), More x-rays (x4 views), pain management medication for nerves, Physical Theraphy, 12 sessions or so, MRI upper & lower, steroid injection, last is a high risk surgery that might not work, or leave me paralyzed. Dr. Mauio advised me against. It's been about 5 months since I seen a Dr. About this.

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plaintiff seeks $500,000.00, (five Hundred thousand dollars), for physical pain, improper driving from the officer, inadequate medical care, if they would of gotten me medical treatment faster I might be better off now. I have a constant sharp pain every time I move my arm the wrong way, which I will have the rest of my life, unless I risk having this questionable surgery done. That I was already advised against. And the Department of Corrections should be held accountable, just like everyone else. Further more I have no education I work manual labor, I have a 5-with a 2 year stip for .020 = x2 bags of heroin, I didn't come to prison to be marred by the police marred

Additional pg to #5, for Question #5

| | |
|---|---|
| Some | Inquiry's & Grievance's, not all, all unanswered |
| 11-22-19 | 19051592-Adm. Lawyer Visit |
| 11-18-19 | 19050398-Med. About care since Accident |
| 8-13-19 | 19034770-Adm. Asking About unanswered correspondance's |
| 8-13-19 | 19034765-Med. |
| 6-6-19 | 19024485-Adm. About the Cop Threatening me |
| 6-3-19 | 1902386 S.I.D. About the Cop |
| 6-1-19 | 1902349 S.I.D. About the Cop |
| ? | 1903897 S.I.D. About the Cop |
| 5-31-19 | 1902349-Class |
| 5-30-19 | 1902341 - Cent. Off. About the COP |
| 5-26-19 | 1902274 - Admin About the Cop |
| 4-30-19 | 19018895 Admin About Quran being Destroyed |
| 4-30-19 | 19018896 Admin About |
| 8-24-19 | 19036710 Admin/Business Off. Legal Mail |
| 8-25-19 | 19036827 Med. Treatment care |
| 5-25-19 | I wrote the issue up about C/O McGee, It disappeared There are Numerous other's, since being transferred here, Fri. Aug 10th 2018, to many for me to keep track of. About the cops, Medical care since being transferred here, & the Accident |
| S.I.D. = | Special Investigative Division (I.A.) |
| Admin. = | Administration |
| Med. = | Medical |
| Cent. Off.= | Central Administration Offices |
| Dept of | State Treasurer Elizabeth Maher Muoio, Some Half Dozen Times I wrote her, about the different Civil Rights Violations. |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __June__, 20__20__.

Michael J. Clauso
880700-B
Northern State Prison
PO Box 2300
Newark, N.J.
07114

Signature of Plaintiff _Michael A. Clauso_
Mailing Address _104 Linden lane_
_Rio Grande, N.J._
_08242_
Telephone Number _609-741-7114_
Fax Number *(if you have one)* _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Michael A. Clauso_

-5-